# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W. | USDC/Northern District of Iowa | 10/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

313 United States Courthouse
320 Sixth Street
Sioux City, IA 51101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Aspen Publishing | $2,013.00 |
| 2. 2013 | Drake University Law School | $3,700.00 |
| 3. 2013 | William S. Richardson School of Law | $1,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2.7-2.8 | Dallas, TX | Tort Trial and Insurance Practice Section of the ABA Leadership Academy | airfare, lodging, meals |
| 2. | Drake University School of Law | 2.17-2.19 | Des Moines, IA | Co-teaching law class | mileage, lodging |
| 3. | Shreveport Bar Association | 2.26-2.28 | Shreveport, LA | Shreveport Bar Association Luncheon | airfare, lodging, meals |
| 4. | Drake University Law School | 4.21 | Des Moines, IA | Co-teaching law class | mileage, lodging |
| 5. | Haas Institute | 4.25-4.26 | Chicago, IL | Mind and Science and Law Meeting | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Minnesota CLE | 5.20-5.21 | St. Paul, MN | Employment Law Institute | airfare, lodging, meals |
| 7. | Tampa Bar Association | 5.22-5.24 | Orlando, FL | 2013 National Federal Sentencing Guidelines Seminar | airfare, lodging, meals |
| 8. | National Association of Minnesota Sentencing Commssion | 8.5-8.6 | St. Paul, MN | National Association of Minnesota Sentencing Commission Seminar | mileage, lodging, meals |
| 9. | Federal Bar Association - Utah, Idaho, & Wyoming Chapters | 9.19-9.22 | Park City, UT | Ninth Annual Tri State Seminar | airfare, lodging, meals |
| 10. | Polk County Bar Association | 9.30-10.2 | Lakeland, FL | Florida-Polk County Trial Lawyers Conference | airfare, lodging, meals |
| 11. | Nebraska Bar Association | 10.2 | Omaha, NE | Nebraska Bar Association Labor & Employment Law Section Annual Meeting | mileage |
| 12. | American Bar Association | 10.17-10.20 | Sedona, AZ | Fall Conference - Arizona State Bar Labor & Employment section | airfare, lodging, meals |
| 13. | Hofstra University | 10.20-10.22 | Long Island, NY | Hofstray Symposium | airfare, lodging, meals |
| 14. | NACDL | 11.20-11.23 | Las Vegas, NV | NACDL Defending Drug Cases Seminar | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | Buy (add'l) | 01/03/13 | J | | |
| 4. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 5. First Eagle Global Class C | | None | J | T | | | | | |
| 6. Invesco Intl. Small Co. | | None | | | Sold | 11/29/13 | J | D | |
| 7. Hennessey Focus Fund | | None | J | T | | | | | |
| 8. Permanent Portfolio | | None | | | Sold | 09/06/13 | J | C | |
| 9. Surebeam Corp. | | None | J | T | | | | | |
| 10. Vanguard Index FDS | | None | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Rollover IRA (Fidelity) | | | | | | | | | |
| 13. Apple, Inc. | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 14. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 15. | | | | | Sold (part) | 10/31/13 | J | A | |
| 16. Berkshire Hathaway | | None | J | T | | | | | |
| 17. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Real Estate Income | A | Dividend | | | Sold (part) | 06/26/13 | J | A | |
| 19. | | | | | Sold (part) | 09/09/13 | J | A | |
| 20. | | | | | Sold | 09/13/13 | J | B | |
| 21. First Eagle Global Class C | | None | J | T | Sold (part) | 08/19/13 | J | B | |
| 22. | | | | | Sold (part) | 08/29/13 | J | A | |
| 23. Iva Worldwide Fund | A | Dividend | J | T | Sold (part) | 01/20/13 | J | A | |
| 24. | | | | | Sold (part) | 02/27/13 | J | A | |
| 25. | | | | | Sold (part) | 04/23/13 | J | A | |
| 26. | | | | | Sold (part) | 07/24/13 | J | A | |
| 27. | | | | | Sold (part) | 08/15/13 | J | B | |
| 28. | | | | | Sold (part) | 10/01/13 | J | A | |
| 29. | | | | | Sold (part) | 10/28/13 | J | A | |
| 30. Oakmark International Small Cap | A | Dividend | J | T | | | | | |
| 31. Permanent Portfolio | | None | | | Sold (part) | 03/28/13 | J | A | |
| 32. | | | | | Sold | 05/23/13 | J | A | |
| 33. Wasatch International Growth | | None | J | T | Buy | 08/16/13 | J | | |
| 34. | | | | | Buy (add'l) | 11/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roth IRA (Fidelity) * | | | | | | | | | |
| 36. Apple, Inc. | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 37. Wasatch International Growth | | None | J | T | Buy | 09/10/13 | J | | |
| 38. | | | | | | | | | |
| 39. Miscellaneous Holdings | | | | | | | | | |
| 40. Iowa College Savings Account ** | | None | J | T | | | J | | |
| 41. Iowa College Savings Account ** | | None | J | T | | | J | | |
| 42. CKG ACCT; Fidelity, Boston MA | A | Interest | K | T | | | | | |
| 43. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 44. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 45. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 46. Belcour Pension Invest VI | | None | | | Closed | 2013 | J | | |
| 47. LMTD PTRSHIP; Riverfront Ass'n; Des Moines ** | | None | | | Closed | 2013 | J | | |
| 48. | | | | | | | | | |
| 49. IRA Fidelity | | | | | | | | | |
| 50. Amana Mutual Fund | A | Dividend | | | Sold (part) | 04/23/13 | J | A | |
| 51. | | | | | Sold | 07/15/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Century All Cap Growth *** | | None | | | Sold | 02/28/13 | J | A | |
| 53. American Century Mid Cap | A | Dividend | J | T | | | | | |
| 54. Baron Real Estate Fund Retail | | None | J | T | Buy | 02/14/13 | J | | |
| 55. | | | | | Sold (part) | 04/22/13 | J | | |
| 56. Berkshire Hathaway Inc DEL CL B | | None | M | T | Buy (add'l) | 01/04/13 | J | | |
| 57. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 58. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 59. | | | | | Sold (part) | 09/27/13 | J | E | |
| 60. | | | | | Sold (part) | 10/08/13 | J | D | |
| 61. | | | | | Sold (part) | 10/08/13 | J | C | |
| 62. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 63. | | | | | Buy (add'l) | 11/13/13 | K | | |
| 64. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 65. Fidelity Japan Smaller Co's | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | |
| 66. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 67. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 68. | | | | | Sold (part) | 04/22/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/31/13 | J | B | |
| 70. | | | | | Sold (part) | 06/03/13 | J | A | |
| 71. | | | | | Sold (part) | 06/27/13 | J | A | |
| 72. | | | | | Sold (part) | 08/13/13 | J | A | |
| 73. | | | | | Sold (part) | 10/04/13 | J | B | |
| 74. Fidelity Real Estate Income | A | Dividend | J | T | Sold (part) | 08/08/13 | J | A | |
| 75. | | | | | Sold (part) | 10/09/13 | J | A | |
| 76. Fidelity Select Energy | A | Dividend | J | T | | | | | |
| 77. First Eagle Global Class 1 | A | Dividend | J | T | | | | | |
| 78. First Eagle Global Class C | | None | K | T | | | | | |
| 79. First Eagle U.S. Value | | None | J | T | Buy | 01/08/13 | J | | |
| 80. Harbor International | | None | | | Sold | 04/02/13 | J | A | |
| 81. Hennessy Japan | A | Dividend | J | T | | | | | |
| 82. Invesco International Small Co. CL | A | Dividend | J | T | | | | | |
| 83. IVA Worldwide Fund | | None | K | T | Sold (part) | 01/04/13 | J | A | |
| 84. Mainstay Marketfield Fund | A | Dividend | K | T | Buy (add'l) | 12/26/13 | K | | |
| 85. Market Vectors **** | A | Dividend | | | Sold | 04/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 08/15/13 | J | | |
| 87. | | | | | Sold (part) | 12/06/13 | J | A | |
| 88. Matthews China Fund | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 89. | | | | | Sold (part) | 04/02/13 | J | | |
| 90. | | | | | Sold (part) | 06/04/13 | J | | |
| 91. MFS Emerging Markets | A | Dividend | | | Sold | 03/28/13 | J | A | |
| 92. Oakmark Equity & Income FD | | None | J | T | | | | | |
| 93. Permanent Portfolio | | None | K | T | Sold (part) | 02/28/13 | J | B | |
| 94. | | | | | Sold (part) | 04/02/13 | J | A | |
| 95. | | | | | Sold (part) | 05/15/13 | J | A | |
| 96. | | | | | Sold (part) | 07/15/13 | J | A | |
| 97. Pimco All Asset Fund | A | Dividend | | | Sold | 02/04/13 | J | A | |
| 98. Proshares | | None | | | Sold (part) | 02/08/13 | J | | |
| 99. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 100. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 101. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 102. | | | | | Buy (add'l) | 08/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/09/13 | J | | |
| 104. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 105. | | | | | Sold | 10/18/13 | J | | |
| 106. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 107. | | | | | Sold (part) | 12/27/13 | J | | |
| 108. | | | | | Sold | 12/31/13 | J | | |
| 109. Robeco Boston Prtners | | None | K | T | Sold (part) | 05/21/13 | J | B | |
| 110. TCW Emerging Markets | A | Dividend | | | Sold (part) | 02/28/13 | J | A | |
| 111. | | | | | Sold | 03/26/13 | J | A | |
| 112. Thornburg Investment Income Builder | A | Dividend | K | T | Buy (add'l) | 07/15/13 | J | | |
| 113. | | | | | Sold (part) | 10/11/13 | J | A | |
| 114. | | | | | Buy (add'l) | 12/30/13 | K | | |
| 115. Vanguard Inflation | A | Dividend | J | T | | | | | |
| 116. Wasatch Core Growth | | None | J | T | Buy | 07/15/13 | J | | |
| 117. | | | | | Sold (part) | 10/07/13 | J | A | |
| 118. Wasatch Frontier Emerging Small Co's | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 119. Wasatch International Growth | | None | K | T | Buy (add'l) | 02/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 121. | | | | | Sold (part) | 06/05/13 | J | C | |
| 122. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 123. | | | | | Buy (add'l) | 07/15/13 | K | | |
| 124. | | | | | Sold (part) | 10/09/13 | J | C | |
| 125. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 126. Wasatch Long/Short Fund | None | | J | T | Sold (part) | 01/03/13 | J | A | |
| 127. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 128. | | | | | | | | | |
| 129. IRA Smith Barney ▓▓▓ ***** | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BENNETT, MARK W. | 10/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Line 35, The Fidelity Roth IRA, was opened in the third quarter of 2013

**Lines 40-41 are Iowa College Savings Plans, Aggressive Growth Portfolio, no control

***Line 52, American Century All Cap Growth, was purchased on June 13, 2012, but inadvertantly left off that report.

****Line 85, Market Vectors, was purchased on January 5, 2012, but inadvertantly left off that report.

***** Line 129, The Smith Barney Account        , was completely dissolved in 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/10/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544